**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**JESSICA TURNER TORRES,**

    **Plaintiff,**

**v.**                                                                  **No. 1:24-cv-01179-KWR-JHR**

**FRANK BISIGNANO, Commissioner,
Social Security Administration,**

    **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS
<u>AND RECOMMENDED DISPOSITION</u>**

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge Jerry H. Ritter, filed March 27, 2026. Doc. 21. Objections were due no later than April 10, 2026. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 21) is adopted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand (Doc. 12) is **DENIED** and the Commissioner's final decision **AFFIRMED**.

                                                 _/S/_____
                                                 **KEA W. RIGGS
                                                 United States Magistrate Judge**